# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DANIEL PARKER (J) #55774-004   CASE NO: 00-6006-CR-DIMITROULEAS
AUSA: ED RYAN  pres     ATTY: _____
AGENT: _____            VIOL: 21:841(a)(1); 18:2
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED Wilbur _____
    BOND SET @            FLS 001369
    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Gov't moved to unseal - Order signed

Deft advised of Charges - sworn for apptmt of Counsel - CJA Counsel to be appointed

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____ 11 AM
                        PTD/BOND HRG: 2-3  11 AM   Snow
                        PRELIM/ARRAIGN: 2-3  11 AM  Snow
                        REMOVAL HRG:
                        STATUS CONF:

Date: 1-31-00   Time 11:00   FTL/LSS TAPE #00- 004   Begin: 1872   End: 2254