UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                           Case No: 00-6006-CR-Dimintrouleas

DANIEL PARKER                /

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment..

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 31st day of January, 2000.

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE