AO 442 (Rev. 12/85) Warrant for Arrest    AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DANIEL PARKER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6006-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DANIEL PARKER__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possession with Intent to Distribute Crack Cocaine,

in violation of Title __21;18__ United States Code, Section(s) __841(a)(1) ; 2.__

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention _requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

_(signature)_
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED 1/15/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br>_(signature)_ |
| DATE OF ARREST 1/30/2000 | FOR:  DEA | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DANIEL PARKER _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____