## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DANIEL PARKER (J)              CASE NO: 00-6006-CR-DIMITROULEAS
AUSA: ED RYAN / Stuart               ATTY: WILBUR CHANEY
AGENT:                               VIOL:
PROCEEDING PTD/ARRAIGNMENT           RECOMMENDED BOND PTD

BOND HEARING HELD - yes (no)         COUNSEL APPOINTED

BOND SET @ stipulated @ 200,000 CSB w/Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS      x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Gov't preserves the right to request PTD should deft seek to post or reduce the bond.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:    2-18    11    BSS

Date: 2-3-00    Time 11:00    FTL/LSS TAPE #00- 006   Begin: 3027   End: 3427

                                              re call 3323