UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6006-CR-DIMITROULEAS

*FILED by FEB - 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

UNITED STATES OF AMERICA

vs

DANIEL PARKER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 3, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:___WILBUR CHANEY____ *C J A*__

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__3RD____day of __FEBRUARY_____,2000.

                        CLARENCE MADDOX
                        COURT ADMINISTRATOR/CLERK OF COURT

                        By:_____
                           Deputy Clerk
                           Tape No.___00-_OO6_____

cc: Copy for Judge
    U. S. Attorney

