UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

Plaintiff,                     **CASE NUMBER: 00-6006--CR-DIMITROULEAS**

vs.

**DANIEL PARKER,**

Defendant.

_____/

## NOTICE OF APPEARANCE

**COMES NOW, WILBUR V. CHANEY, ESQUIRE**, and files this notice of

Appearance as Attorney of record for the defendant herein named in the aboved-styled case.

**DATED** this 2nd day of February, 2000.

WILBUR V. CHANEY, ESQUIRE
Florida Bar # 198153
475 Northeast First Street, Suite A-1
Delray Beach, Florida 33483
Tele: (561) 276-7447
Fax: (561) 276-6586
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished
by U.S. Mail to **EDWARD R. RYAN, ASSISTANT UNITED STATES ATTORNEY, 500**
East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 this 2nd day of February, 2000.

Attorney for Defendant