# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Daniel Parker (no deft needed)  CASE NO: 00-6006-CR-Dimitrouleas

AUSA: Ed Ryan  Behnke  ATTNY: Wilbur Chaney  present

AGENT: _____  VIOL: _____

PROCEEDING: Status Conference  BOND REC: _____

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
FEB 17 [2000]
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ___ Halfway House _____
    ___ Electronic Monitoring _____

A - has not rec'd discovery
Gov't has sent it out
2 day to try
Gov't ready
may be plea
A - requests add'l time
for discovery - 2 weeks
granted

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 2-17-00  TIME: 11:00am  TAPE # 00-017 PG # 3
670 - 730