UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

DANIEL PARKER,

        Defendant.
_____/



### STATUS REPORT

A status conference was held in this cause on February 17, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2. Defense counsel stated that he has not yet received the Government's discovery response. He will confer with the prosecutor if he does not receive it within the next few days. Further, he requested and was granted two additional weeks within which to file pretrial motions. Finally, counsel informed the Court that the matter may ultimately



be resolved by way of a change of plea.

    DATED at Fort Lauderdale, Florida this \_\_\_\_ day of February 2000.

                                                      BARRY S. SELTZER
                                                    United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Ed Ryan, Esquire
Assistant United States Attorney

Wilbur Chaney, Esquire
475 NE 1st Avenue, Suite A-1
Delray Beach, Florida 33483
Attorney for Defendant