# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6006-CR-WPD   DATE: March 3, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Daniel Parker

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Wilbur Chaney

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Clt to be notified by writ of plea. Ore's m/ continue granted. Case reset to 3/10 for plea or status conf. Time from today until 3/10 deemed Excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/10   TIME: 9:00   FOR: plea
MISC: 3/13   9:00   trial period

