UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
MAR 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   CASE NO. 00-6006-CR-DIMITROULEAS

    Plaintiff,

vs.

                              **ORDER GRANTING CONTINUANCE**

DANIEL PARKER
    Defendant.
_____/

This matter having come before the Court on defendant's March 3, 2000 Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing March 13, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **March 10, 2000, at 9:00** A.M. o'clock; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___3___ day of ~~February~~ March, 2000.

                                                        _____
                                                        WILLIAM P. DIMITROULEAS
                                                       United States District Court Judge
                                                        Southern District of Florida

cc:    Edward Ryan, AUSA
        Wilbur V. Chaney, Esq.

