# CRIMINAL MINUTES



FILED by _____ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6006-Cr-WPD   DATE: March 10, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Daniel Parker

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Wilbur Chaney

REASON FOR HEARING: _____

RESULT OF HEARING: Deft's motion to continue granted. Case to be reset. The time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 4/7   TIME: 9:00   FOR: Cal Call
MISC: 4/10   9:00   Trial period

