ERR:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6006-CR-DIMITROULEAS (s)
21 U.S.C. § 841 (a)(1)
18 U.S.C. § 2

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. )
)
DANIEL PARKER, )
)
       Defendant. )
_____)

FILED by _____ D.C.

MAR 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 21, 1999, in Broward County, in the Southern District of Florida, the defendant,

**DANIEL PARKER,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.



## COUNT II

On or about November 24, 1999, in Broward County, in the Southern District of Florida, the defendant,

**DANIEL PARKER,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. 00-6006-CR-DIMITROULEAS(s)

v.

DANIEL PARKER                    **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)        Yes ___   No _X_
Number of New Defendants    _0_
Total number of counts      _2_

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:         (Yes or No) _NO_
   List language and/or dialect     _English_

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days        _X_      Petty       ___
   II   6 to 10 days       ___      Minor       ___
   III  11 to 20 days      ___      Misdem.     ___
   IV   21 to 60 days      ___      Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _DIMITROULEAS_         Case No. _00-6006-CR-DIMITROULEAS_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _2/1/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes _x_ No

*(signature)*
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A500053

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: DANIEL PARKER          No.: 00-6006-CR-DIMITROULEAS(s)

Count # I:
Possession with Intent to Distribute Crack Cocaine;
in violation of 21 USC 841 (a)(1) and 18 USC 2

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Count # II:
Possession with Intent to Distribute Crack Cocaine;
in violation of 21 USC 841 (a)(1) and 18 USC 2

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96