ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6006-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DANIEL PARKER,

  Defendant.



GOVERNMENT'S FIRST
SUPPLEMENTAL DISCOVERY RESPONSE

  The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this First Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

  A. 2. Please be advised that at the time of arrest, the defendant was found to be in possession of approximately $1500 in US currency. In response to questioning, the defendant



stated that he earned the money doing lawn work. The government intends to introduce this evidence at trial.

                                              Respectfully submitted,

                                              THOMAS E. SCOTT
                                              UNITED STATES ATTORNEY

By: _____
       EDWARD R. RYAN
       Assistant United States Attorney
       Court Bar No. A500053
       500 E. Broward Boulevard, Suite 700
       Fort Lauderdale, Florida 33394
       Telephone: (954) 356-7255x3514
       Facsimilie: (954) 3456-7336
       E-Mail Address:
       Edward.Ryan@justice.usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 28th day of March, 2000 to:

Wilbur V. Chaney, Esquire
475 NE 1st Street, Suite A1
Delray Beach, Florida 33483

_____
EDWARD R. RYAN
Assistant United States Attorney