UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6006-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL PARKER,

    Defendant.
_____/

FILED by ___ D.C.

MAR 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE OF RECEIPT

THIS COURT hereby gives notice of receipt of two attached letters from Bridgett Gay.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of March, 2000.

                                          WILLIAM P. DIMITROULEAS
                                          United States District Judge

Copies furnished to:

Edward Ryan, AUSA

William Chaney, Esquire
475 N.E. 1st Avenue, #A-1
Delray Beach, Florida 33483



Dear Mr. Dimipralkas

I'm writing on behalf of Mr. Daniel Parker. This letter is regarding to his case and the representative. Mr. Parker is not satisfied with the work of his attorney Mr. Wilbur V. Channey. Mr. Parker feels his attorney isn't representing him to the best of his knowledge. Mr. Channey can never come to see Mr. Parker unless its court day. Mr. Dimipralkas what I'm trying to say Mr. Channey isn't any help in this matter. If you could please assign another attorney to this case it would be kind and appreciative.

Thank you
Bridgett Gay

Case Number
00-6006-CR-Dimipralkas



Bridgett Gay
2318 N 29th Ct
Fort Lauderdale, FL 33311

United States District Judge
299 East Broward Blvd.
Fort Lauderdale, FL 33301

33301/1344

Rec'd

'00 MAR 29 P12:48

Dear Mr. Dimiproulens

I'm writing this letter on the behalf of Mr. Daniel. This letter is regarding to his case and representative. Mr. Parker is not satisfied with the work of his attorney Mr. Wilbur V. Channey. Mr. Parker feels his attorney isn't representing him to to the best of his knowledge. Mr. Channey can never come to see Mr. Parker unless its court day. Mr. Dimiproulens what I'm trying to say Mr. Channey isn't any help in this matter. If you could assign another attorney to this case it would be kind and appreciative.

Thank you
Bridgett Gay

Case Number
00-6006-CR-Dimiproulens

Bridgett Gay
2345 N.W. 14
Fort Lauderdale Fl. 33311

Clerk of court
299 E. Broward Blvd.
Fort Lauderdale, Fl 33301

33301/1544