ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.   00-6006-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,    :
                             :
        Plaintiff,            :
                             :
vs.                          :
                             :
DANIEL PARKER,               :
                             :
        Defendant.            :
_____:

## GOVERNMENT'S SECOND
## SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Second Supplemental Discovery Response pursuant to the Standing Discovery Order issued in this case.

A.   2.   Attached please find copies of reports regarding the arrest of the defendant on November 24, 1999 that is now the subject of a charge in the superseding indictment in the above-captioned case. Said report contains the substance of oral statements made by the defendant. Also, please find a copy of the defendant's Personal History Report which contains oral statements.



A.  6.  Attached please find a laboratory report for items seized from the defendant on November 24, 1999.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
Assistant United States Attorney
Court Bar No. A500053
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3514
Facsimilie: (954) 3456-7336
E-Mail Address:
Edward.Ryan@justice.usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 6 day of April, 2000 to:

Wilbur V. Chaney, Esquire
475 NE 1st Street, Suite A1
Delray Beach, Florida 33483

_____
EDWARD R. RYAN
Assistant United States Attorney