# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _NO_ D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6006-CR-WPD   DATE: April 7, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Daniel Parker

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Wilbur Chaney

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft will be arraigned this morning on Count 2 of recently filed Superceding Indictment. Court allows Wilbur Chaney to withdraw. Court appoints Albert Levin to represent deft. Court continues the trial. Time from today until trial

JUDGMENT: deemed Excludable.

CASE CONTINUED TO: 5/5/00   TIME: 9:00   FOR: Cal Call
MISC: 5/8/00   9:00   trial period

