COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DANIEL PARKER (J)                CASE NO: 00-6006-CR-DIMITROULEAS (s)
AUSA: DON CHASE / pres                 ATTY: WILBUR CHANEY
AGENT:                                 VIOL:
PROCEEDING ARRAIGN ON SUPERSEDING      RECOMMENDED BOND
BOND HEARING HELD - yes/no             COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

to be re-set

Robert Lever appointed by Judge Dimitrouleas

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:    4-11    /    LSS
                          REMOVAL HRG:
                          STATUS CONF:    N/A

Date: 4/7/00    Time 9:30    FTL/LSS TAPE #00-    Begin: 455    End: 487

