UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

APR 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,        CASE NO. 00-6006-CR-DIMITROULEAS

    Plaintiff,

vs.

                                  **ORDER GRANTING CONTINUANCE**

DANIEL PARKER
    Defendant.
_____/

    This matter having come before the Court on April 7, 2000 on Defendant's Motion to Continue. After due consideration, it is

    ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing May 8, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **May 5, 2000, at 9:00** A.M. o'clock; it being further

    ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

    DONE AND ORDERED this ___7___ day of April, 2000.

                                                  WILLIAM P. DIMITROULEAS
                                                  United States District Court Judge
                                                   Southern District of Florida

cc:    David Cora, AUSA
        Albert Levin, Esq.

