UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6006-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL PARKER,

    Defendant.
_____/



FILED by _____ D.C.
APR 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defense counsel's <u>ore tenus</u> Motion to Withdraw and having heard arguments on April 7, 2000, it is GRANTED. Albert Levin is appointed to represent the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7 day of April, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Albert Levin, Esquire
1101 Brickell Avenue, #1801
Miami, FL 33131

Wilbur Chaney, Esquire
475 N.E. 1st Street, #A-1
Delray Beach, FL 33483

Edward Ryan, AUSA

