| | | | |
|---|---|---|---|
| DEFT: | Daniel Parker (J)# | CASE NO: | 00-6006-CR-Dimitrouleas (s) |
| AUSA: | Don Chase / Rice | ATTNY: | Albert Levin _present_ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | FPD standing in |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: _Bernardo Lopez_

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 4-28-00  11:00am  LSS

DATE: 4-13-00    TIME: 11:00am    TAPE # 00-036    PG # 3

1844–