

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CR-Dimitrouleas (s

UNITED STATES OF AMERICA

vs

Daniel Parker

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-13-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/XXXXX counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT:    Address: _____In Custody_____

Telephone: _____

DEFENSE COUNSEL:    Name: _____Albert Levin_____

Address: _____

Telephone: _____

BOND SET/CONTINUED:    $_____Cont'd in custody_____

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __13__ day of __April__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-026__

cc: Clerk for Judge
    U. S. Attorney

