UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6006-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| DANIEL PARKER, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | April 7, 2000 |
| | ) | 9:20 a.m. |

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          EDWARD RYAN ESQ.
                           Assistant U.S. Attorney


For the Defendant          WILBUR V. CHANEY, ESQ.



Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida  33301
                           954-769-5657

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE