HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __EDGAR JOSE DUARTE_____ CASE NO: __00-6093-CR-FERGUSON__
AUSA __JEFFREY KAY / Powell_____ ATTY __ANDRE ROUVIERE___ pre

Possible plea - case t'p'd to WDF
2 add'l weeks for motions.                00-033
                                          @1553

DEFT __DANIEL PARKER_____ CASE NO: __00-6006-CR-DIMITROULEAS(s)__
AUSA __Ed Ryan / Mitrani_____ ATTY __ALBERT LEVIN__ in trial

Disc out - no pending motions
possible plea.                            @1637

DEFT __SHERUDEU ROBINSON_____ CASE NO: __99-6206-CR-FERGUSON__
AUSA __KATHLEEN RICE__ pres           ATTY __FPD  Bidwill__

to be a change of plea                    @1664

DEFT __BARON GOODRIDGE_____ CASE NO: __00-6045-CR-DIMITROULEAS__
AUSA __ROBIN ROSENBAUM / Mitrani___ ATTY __BOB BERUBE, AFPD  Bidwill__

Disc out - no pending motion
possible plea                             @1695

DEFT __Milton Lynch_____ CASE NO: __00-6078-CR-NCR__
AUSA __Lanigan / Mitrani_____ ATTY __Daryl Wilcox__

Disc not rec'd
possible plea
5/15 for motions                          @2635

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __4-28-00__                    TIME __11:00__