UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6006-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

    Plaintiff,                    :

v.                                 :

DANIEL PARKER,                     :

    Defendant.                    :
_____

## STATUS REPORT

A status conference was held in this cause on April 28, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and no motions are pending.

2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this ___1st___ day of May, 2000.

                                                  _____
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Donald Chase (FTL)
Albert Levin, Esq.

