UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.:00-6006-CR-DIMITROULEAS

vs.

DANIEL PARKER,

        Defendant.
_____/

### EMERGENCY MOTION FOR FUNERAL FURLOUGH

**COMES NOW**, the Defendant, by and through his undersigned counsel and files this, his Emergency Motion for Funeral Furlough and would state as follows:

1. On May 2, 2000, the Defendant learned that his five month old son, Daniel Parker IV, had passed away unexpectedly during the early morning hours.

2. The Defendant has been advised that the funeral in all likelihood will be held Tuesday, May 9th, 2000.

3. The Defendant would very much like to attend the funeral.

4. As of this filing, funeral arrangements are incomplete and the undersigned will advise this Honorable Court as to the exact date and time and location of the funeral for Daniel Parker IV.

5. The undersigned attemped to confer with Edward Ryan, Esquire, Assistant United States Attorney, however, Mr. Ryan was unavailable to lend his position with respect to this matter.



USA VS. DANIEL PARKER
CASE NO.:00-6006-CR-DIMITROULEAS

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the foregoing motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered on this 5th day of May, 2000 to: Edward R. Ryan, Esquire, Assistant United States Attorney, 500 E. Broward Boulevard, Suite #700, Fort Lauderdale, Florida 33394.

Respectfully submitted,

ALBERT Z. LEVIN, P.A.
1101 Brickell Avenue, Suite 1801
Miami, FL 33131
(305) 379-7101

By: _____
Albert Z. Levin, Esq.
Florida Bar No.: 316581