# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6006-CR-WPD          DATE: May 5, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs. Daniel Parker

U.S. ATTORNEY: Robin Rosenbaum for Ed Ryan    DEFT. COUNSEL: Albert Levin

REASON FOR HEARING: Calendar Call & Status Conference

RESULT OF HEARING: Case to be resolved by way of plea. Court sets plea for 5/11 @ 1:00 at dft's request. The time from today until 5/11 is deemed excludable.

Motion for Furlough is Denied

JUDGMENT: _____

CASE CONTINUED TO: 5/11    TIME: 1:00    FOR: Change of plea

MISC: _____

