UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6006-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL PARKER,

    Defendant.
_____/

FILED by ___ D.C.
MAY 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Defendant's May 5, 2000 Emergency Motion For Funeral Furlough, and the Court having heard argument on May 5, 2000, the motion is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of May, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Albert Z. Levin, P.A.
1101 Brickell Avenue
Suite 1801
Miami, FL 33131

Edward Ryan, AUSA

