FILED by _____ D.C.

MAY 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6006-CR-DIMITROULEAS

      Plaintiff,

vs.

                                    **ORDER GRANTING CONTINUANCE**

DANIEL PARKER
      Defendant.
_____/

      This matter having come before the Court on May 5, 2000 on the Defendant's Motion To

Continue. After due consideration, it is

      ORDERED AND ADJUDGED that this case is hereby continued to May 11, 2000 at

1:00 P.M.

      ORDERED that the period from the date of this order to May 11, 2000 shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

      DONE AND ORDERED at Ft. Lauderdale, Florida, this _____ day of May, 2000.


                                  WILLIAM P. DIMITROULEAS
                                  United States District Court Judge
                                  Southern District of Florida

cc:    Edward Ryan, AUSA
       Albert Levin, Esq.

