## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6006 CR-WPD      DATE: May 11, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Daniel Parker

U.S. ATTORNEY: Ed Ryan, AUSA       DEFT. COUNSEL: Michael Kruse

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft entered plea of guilty
as the Court. Deft to plead guilty
to count 1, Gov to dismiss Count 2 at time
of sentencing.
Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 7/30     TIME: 8:45     FOR: Sentencing
MISC: Written plea agreement filed.