## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No. 00-6006-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

             Plaintiff,

Vs.

DANIEL PARKER,

             Defendant.

_____/

### MOTION FOR CONTINUANCE OF SENTENCING

    **COMES NOW**, undersigned counsel for Defendant DANIEL PARKER, and

files this, his Motion for Continuance of Sentencing and would state as follows:

    1.    Sentencing in this cause has been scheduled for 8:45 a.m., on

Thursday, July 20th, 2000.

    2.    The undersigned has a conflict on that date and would respectfully

respect that this Honorable Court reset the Sentencing some time during the week of

July 31, 2000. This Sentencing has not been previously continued.

    3.    The undersigned attempted to confer with Edward R. Ryan, Esquire,

Assistant United States Attorney, however Mr. Ryan was unavailable to lend his

position with respect to this Motion.



USA VS. DANIEL PARKER
CASE NO.:00-6006-CR-DIMITROULEAS

**WHEREFORE**, the undersigned would respectfully request that this

Honorable Court grant the foregoing Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

furnished by telefax on this __6th__ of July, 2000  to Edward R. Ryan, Esquire,

Assistant United States Attorney, 500 E. Broward Boulevard, Suite #700, Fort

Lauderdale, Florida 33394.

Respectfully submitted,

**LAW OFFICE OF ALBERT Z. LEVIN P.A.**
1101 Brickell Avenue
Suite 1801
Miami, Florida 33131
(305) 379-7180

By:_____
ALBERT Z. LEVIN
**Florida Bar No.: 316581**

2