**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 00-6006-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

                Plaintiff,

Vs.

DANIEL PARKER,

                Defendant.
_____/

### MOTION FOR CONTINUANCE OF SENTENCING

    **COMES NOW**, undersigned counsel for Defendant DANIEL PARKER, and files this, his Motion for Continuance of Sentencing and would state as follows:

    1.    Sentencing in this cause has been scheduled for 8:45 a.m., on Monday, July 31st, 2000.

    2.    The undersigned has a conflict with his children on that date at that particular time and would respectfully request that this Honorable Court reset the Sentencing at a later time that same day.

    3.    The undersigned attempted to confer with Edward R. Ryan, Esquire, Assistant United States Attorney, however Mr. Ryan was unavailable to lend his position with respect to this Motion.



USA VS. DANIEL PARKER
CASE NO.:00-6006-CR-DIMITROULEAS

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court grant the foregoing Motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by telefax on this __18th__ of July, 2000 to Edward R. Ryan, Esquire, Assistant United States Attorney, 500 E. Broward Boulevard, Suite #700, Fort Lauderdale, Florida 33394.

Respectfully submitted,

**LAW OFFICE OF ALBERT Z. LEVIN P.A.**
1101 Brickell Avenue
Suite 1801
Miami, Florida 33131
(305) 379-7101

By:_____
**ALBERT Z. LEVIN**
**Florida Bar No.: 316581**

2