UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6006-CR-DIMITROULEAS

Plaintiff,

vs.

DANIEL PARKER,

Defendant.
_____/

**O R D E R**

THIS CAUSE having been heard upon Defendant's July 24, 2000 Motion For Continuance [DE-48], the Court notes that Defendant failed to comply with S.D. Florida Local Rule 7.1.A(2), in that he failed to include a proposed order with his motion, nevertheless, the Motion For Continuance is GRANTED. Sentencing is reset for July 31, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Albert Z. Levin, Esquire
1101 Brickell Avenue, #1801
Miami, FL 33131

Edward R. Ryan, AUSA

U.S.P.O.

