**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6006-CR-WPD   DATE: July 31, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: Tracy Webb   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Daniel Kevin

U.S. ATTORNEY: Ed Ryan / Don Chase   DEFT. COUNSEL: Albert Krum

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 70 months BOP, 4 years Supervised Release. No Fine, $100 Assessment. Court recommends that deft be designated to a facility as close to SO/FL as possible & that he be considered for the 500 hr drug treatment program.

JUDGMENT: pursuant.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.

