DEFENDANT: **DANIEL PARKER**
CASE NUMBER: **0:00CR06006-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __70__ __month(s)__.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility as close to the Southern District of Florida as possible and that he be considered for the BOP 500 drug treatment program.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __8-22-CO__ to __BOP - Miami - FCI__
at __Miami, FL__, with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By __Tina Nolan, LIE__
Deputy U.S. Marshal